February 25, 2011

Ms. Kay E. Ellington
Law Offices of Kay Ellington, P.C.
211 N. Record, Suite 550 LB 12
Dallas, TX 75202
Mr. Barney L. McCoy
815 Hawthorne
Houston, TX 77006

RE: Case Number: 08-0667
 Court of Appeals Number: 10-07-00305-CV
 Trial Court Number: C200700032

Style: EBERHARD SAMLOWSKI, M.D.
 v.
 CAROL WOOTEN

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. David Lloyd |
| |Ms. Sharri |
| |Roessler |